UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF INDIANA

FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| KENNETH EDWARD STANLEY | ) | BANKRUPTCY CASE NUMBER 10-12708 |
| CHRISTINA MICHELLE STANLEY | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on August 24, 2011, and issued checks as proposed in said proposed distribution.

3. That Check # 108 issued to Citibank (New York State), GLELSI, Great Lakes Educational Loan Services, PO Box 7858, Madison, WI 53704-7858 on September 16, 2011 in the amount of $173.66 has been returned by the creditor with correspondence indicating it is not servicing this account.

4. That the aforementioned creditor filed its Proof Of Claim (#4) in this case, on which Check #108 was making distribution.

5. That the Trustee is without knowledge or information regarding to what entity this claimant may have sold this account.

6. That the Trustee hereby gives notice that such amount of **$173.66** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

>Respectfully submitted,
>
>___/s/ Yvette Gaff Kleven_____
>Yvette Gaff Kleven, Chapter 7 Trustee
>927 South Harrison Street
>Fort Wayne, Indiana   46802
>Telephone:  260 / 407-7000
>ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of October, 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to:  Citibank (New York State), GLELSI, Great Lakes Educational Loan Services, PO Box 7858, Madison, WI 53704-7858

>____/s/ Yvette Gaff Kleven_____
>Yvette Gaff Kleven